UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN APPLEGATE,<br>          Plaintiff,<br><br>v.<br><br>CCI, et al,<br>          Defendant. | 1:16-cv-01343-DAD-MJS (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT BRIAN APPLEGATE, CDCR # F-66552, PLAINTIFF<br><br>DATE: July 14, 2017<br>TIME: 10:00 a.m. |

Brian Applegate, CDCR # F-66552, a necessary and material witness in a settlement conference in this case on July 14, 2017, is confined at Salinas Valley State Prison (SVSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone at the U. S. District Court, Courtroom #9, 2500 Tulare Street, Fresno, California 93721, on Friday, July 14, 2017 at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;
2. Inmate Applegate shall be transported from SVSP, to the court for the settlement conference, and returned to SVSP on the same date; and
3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of SALINAS VALLEY STATE PRISON**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by the court. Inmate Applegate shall be transported from SVSP, to the court for the settlement conference, and returned to SVSP on the same date. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.
**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: June 13, 2017                  /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE