# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| BRIAN APPLEGATE, | No. 1:16-cv-01343-DAD-MJS (PC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER VACATING ALL PENDING DATES AND MATTERS** |
| CCI, et al.; | |
| Defendant. | **ORDER VACATING TRANSPORTATION WRIT (ECF No. 30.)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On June 30, 2017, Defendant California Department of Corrections and Rehabilitation notified the Court that the parties in the above captioned matter had agreed to settle the case in its entirety. (ECF No. 34.) On July 5, 2017, the parties filed a stipulation of dismissal with prejudice. (ECF No. 35.)

On June 14, 2017, a writ of habeas corpus ad testificandum was issued to transport Plaintiff to a settlement conference in this case scheduled for July 14, 2017. (ECF No. 30.) In light of the recent notification of settlement of the parties, the writ of habeas corpus ad testificandum is VACATED.

Additionally, all court deadlines heretofore set in this matter are hereby VACATED.

IT IS SO ORDERED.

Dated: July 5, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1